# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

MICHAEL GAVANDA and GARY LARSON,
as Trustees of the Painters and Allied Trades
District Council No. 82 Health Care Fund,
and MICHAEL GRAVADA and JAMES
SMALLEN, as Trustees of the Minnesota
Finishing Trades Training Fund, and each
of their Successors,

|  |  |
|---|---|
|  | Civil File No. 05-1272 RHK/AJB |
| Plaintiffs, | **ORDER** |

vs.

MARSHALL PAINTING, INC., and
GLENN MARSHALL, individually,

        Defendants.
_____

        Plaintiffs have notified the Court that there may be further legal actions against

Defendants if Defendants fail to comply with this Court's Order, dated December 30,

2005.

        Accordingly, **IT IS ORDERED**:

    1.    The Judgment (Doc. No. 19), entered on December 30, 2005, is

        **VACATED**; and

    2.    The Court's December 30, 2005, Order (Doc. No. 17) is **AMENDED** by

        deleting the following language appearing on page 7: "**LET JUDGMENT**

        **BE ENTERED ACCORDINGLY**."

Dated:  January 4, 2006              s/Richard H. Kyle_____
                                    RICHARD H. KYLE
                                    United States District Judge