## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Civil No. 05-1272 (RHK/AJB)

MICHAEL GAVANDA and GARY LARSON, as Trustees
of the Painters and Allied Trades District Council No. 82
Health Care Fund; and MICHAEL GAVANDA and
JAMES SMALLEN, as Trustees of the Minnesota
Finishing Trades Training Fund; and each of their
successors,

           Plaintiffs,

**ORDER FOR DISMISSAL**

vs.

MARSHALL PAINTING, INC. and
GLENN MARSHALL, individually,

           Defendants.

_____

Pursuant to the Plaintiffs' Notice of Dismissal, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

Dated: August 2, 2006.

           s/Richard H. Kyle
           RICHARD H. KYLE
           United States District Judge